UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Lavadre Dashun Butler, | ) | C/A No. 4:14-2276-RMG-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Officer Mr. Durant, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on Plaintiff's motion to amend his complaint (Doc. #18) and motion to compel (doc.#19). In his motion to amend the complaint, Plaintiff asserts that he wishes to amend his complaint to clarify his answers on the complaint form with regard to exhaustion, to present the full name of Officer Mr. Durant, and to again state that there have been "no other lawsuits in state or federal court dealing with the same facts involved in this action." (Doc. #18).

Plaintiff's motion to amend his complaint is granted provided Plaintiff files one complete and concise amended complaint within fifteen (15) days of the date of this order.

Plaintiff filed a motion entitled "Motion to Compel" and attached a copy of "Plaintiff's First Request for Production of Documents." (Doc. # 19). In this motion, Plaintiff appears to be setting forth discovery requests and asking the court to have Defendant respond to the requests. Defendant filed a response in opposition asserting they had never been served with discovery requests before the filing of the motion to compel. (Doc. #21). Plaintiff filed a reply asserting he had recently obtained the full name of the defendant and ". . .therefore does not object to the Defendant's opposition so long as the court deem this sufficient information concerning the Defendant's identity in all further proceedings of this case." (Doc. # 22).

This motion is denied. Generally, this court does not enter the discovery process, which is

governed by the Federal Rules of Civil Procedure. Plaintiff may seek discovery from the Defendants and/or non-parties in accordance with the Federal Rules of Civil Procedure. *See* Rules 26 through 37, 45 generally and in compliance with the court's scheduling order.

AND IT IS SO ORDERED.

Florence, South Carolina
October 17, 2014

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge